Tessie Bleiwiss, administratrix of the estate of Sam J. Bleiwiss, deceased, appellee, v. Nick Gawlinski, appellant. Gen. No. 39,233.

Opinion filed June 8, 1937.

Balaban & Rosenberg and Mandel Mendelson, for appellant. Isidore Brown, for appellee; Albert Langeluttig and Jules Dashow, of counsel.

Mr. Justice Friend delivered the opinion of the court.